IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


UNITED STATES OF AMERICA          )
                                  )
            v.                    )        Criminal Action No. 07- 85ᴍ
                                  )
WADE GRAY                         )


## MOTION AND ORDER FOR ARREST WARRANT

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly,

United States Attorney for the District of Delaware, and Sophie E. Bryan, Assistant United States

Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of

an arrest warrant against the defendant, Wade Gray, as a result of the Criminal Complaint returned

against him by on April 25, 2007.

                                        COLM F. CONNOLLY
                                        United States Attorney


                                        By: _____
                                            Sophie E. Bryan
                                            Assistant United States Attorney


Dated:   April 25, 2007


        **AND NOW**, this _____ day of _____, 2007, upon the foregoing Motion,

**IT IS ORDERED** that a warrant issue for the arrest and apprehension of Wade Gray.

                                        _____
                                        Honorable Mary Pat Thynge
                                        United States Magistrate Judge