## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,                )
                                         )
           Plaintiff,                 )
                                         )
      v.                            )     Criminal Action No. 07- 85m-MPT
                                         )
WADE GRAY,                               )
                                         )
           Defendant.                 )

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f).  In support of the motion, the United States alleges the following:

      1. **Eligibility of Case**.  This case is eligible for a  detention order because case involves (**check all that apply**):

          ____    Crime of violence (18 U.S.C. § 3156)

          ____    Maximum sentence life imprisonment or death

          ____    10+ year drug offense

          ____    Felony, with two prior convictions in above categories

          ____    Minor victim

          _X_    Possession/ use of firearm, destructive device or other dangerous weapon

          ____    Failure to register under 18 U.S.C. § 2250

          _X__    Serious risk defendant will flee

          ____    Serious risk obstruction of justice

      2. **Reason For Detention**.  The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

          _X_    Defendant's appearance as required

          _X_    Safety of any other person and the community

3. **Rebuttable Presumption**. The United States will not invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because (**check one or both**):

    \_\_\_ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism, or a specified offense (_____) with minor victim

    \_\_\_ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

    \_\_\_\_ At first appearance

    \_X\_ After continuance of \_3\_ days (not more than 3).

5. **Temporary Detention**. The United States requests the temporary detention of the defendant for a period of _____days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

    1. At the time the offense was committed the defendant was:

        \_\_\_\_ (a) on release pending trial for a felony;

        \_\_\_\_ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

        \_\_\_\_ (c) on probation or parole for an offense.

    \_\_\_\_ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

    \_\_\_\_ 3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this ___25th___ day of __April__, 2007.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _Robert J. Prettyman_
Robert J. Prettyman
Assistant United States Attorney