IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 07-85M (MPT) |
| Wade Gray | ) |
| | ) |
| | ) |
| Defendant. | ) |

O R D E R

WHEREAS, this matter came before this Court on April 27, 2007 for the purpose of a preliminary hearing; and

WHEREAS, the United States has produced sufficient evidence to convince the undersigned that there is probable cause to believe that an offense has been committed by the defendant against the laws of the United States;

IT IS ORDERED, that the defendant is held to await further action by the court.

Dated: 4/27/07

_____
**Honorable Mary Pat Thynge**
**United States Magistrate Judge**