AO 442(Rev. 12/85) Warrant for Arrest

## UNITED STATES DISTRICT COURT

### DISTRICT OF DELAWARE

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **WARRANT FOR ARREST** |
| WADE GRAY | CASE NUMBER: 07- 85M-MPT |

**To:** The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest _____ when and as stated in the

Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

\_\_ Indictment  \_\_ Information  _X_ Complaint  \_\_ Order of court  \_\_ Violation Notice  \_\_ Probation Violation Petition

charging the Defendant with (brief description of offense)



in violation of Title __18__ United States Code, Section (s) __922(g)(1) and 924(a)(2)__

| | |
|---|---|
| **Honorable Mary Pat Thynge** | United States Magistrate Judge District of Delaware |
| Name of Issuing Officer | Title of Issuing Officer |
| _(signature)_ | April 25, 2007   Wilmington, DE |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at $ _____ | by _____ |
| | Name of Judicial Officer |

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at 844 King St. Wilm DE | | |
| DATE RECEIVED 4-25-07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 4-25-07 | William David, DUSM | William _(signature)_ |

AO 442 (Rev. 12/85) Warrant for Arrest



2007 MAY -1 AM 9:05