IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : CR. No. 07-85M |
| WADE GRAY, | : |
| Defendant. | : |

### NOTICE OF SUBSTITUTION OF COUNSEL
### AND ENTRY OF APPEARANCE

Notice is hereby given to the substitution of Martin C. Meltzer, Special Assistant U.S. Attorney, in place of Sophie Bryan as the attorney for the Plaintiff in the above-captioned case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Martin C. Meltzer
Special Assistant United States Attorney

Dated:   May 3, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : CR. No. 07-85M |
| WADE GRAY, | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, Marie Steel, Legal Assistant in the Office of the United States Attorney for the District of Delaware, hereby certify that on the 3rd day of May, 2007, I caused copies of the foregoing Notice of Substitution of Counsel and Entry of Appearance to be served on the following counsel in the matter indicated as follows.:

        Eleni Kousoulis
        Assistant Federal Public Defender
        First Federal Plaza
        704 King Street, Suite 110
        Wilmington, DE 19801


        _____
        Marie Steel
        Legal Assistant